CASON WALKER and I. W. SOULS, *Appellants*, vs. PLEAS LINDSAY, et al., *Appellees*.

135 So. 529.

Division A.

Decision filed June 23, 1931.

*R. A. McGeachy*, for Appellants;

*John M. Coe*, for Appellees.

PER CURIAM.—The question presented in this case is whether or not the decree of the chancellor is supported by the evidence.

There is found in the record substantial evidence to support the decree and, therefore, the same is now affirmed. It is so ordered.

Affirmed.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.